**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Sylvia Anita RYAN–WEBSTER,
Defendant—Appellant.**

**No. 07–6601.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2007.

Decided: July 10, 2007.

Sylvia Anita Ryan–Webster, Appellant Pro Se. Kevin Victor DiGregory, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILLIAMS, Chief Judge, and TRAXLER and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Sylvia Anita Ryan–Webster appeals the district court's order denying her "Motion to Waive or Dismiss Petitioner's Restitution." *United States v. Ryan–Webster,* No. 1:02–cr–00060–TSE (E.D.Va. Feb. 20, 2007). We have reviewed the record and find no reversible error. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*